IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES THOMAS HAGANS, JR.,
    Plaintiff,

vs.                        CASE NO.:  3:07cv355/MCR/MD

OFFICER M. BLIZZAR,
OFFICER S. PATTI,
    Defendants.
                                       /

### O R D E R

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on August 27, 2007, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This cause is DISMISSED for failure to state a claim pursuant to 28 U.S.C. 1915(e)(2)(B)(ii).

    DONE AND ORDERED this 1st day of October, 2007.

                                s/ *M. Casey Rodgers*
                                **M. CASEY RODGERS**
                                **UNITED STATES DISTRICT JUDGE**